**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE P. FINA, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAHAN SIMIDIAN II, an individual; and DOES 1-10, inclusive;<br><br>　　　　Defendants. | Case No. SA CV 21-01540 DOC (DFMx)<br><br>**JUDGMENT** |

**JS-6**

Pursuant to the Stipulation for Entry of Judgment (the "Stipulation") made by and between Plaintiff Jane P. Fina and Defendant Vahan Simidian II,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

(1)   Judgment is hereby entered in favor of Plaintiff Jane P. Fina and against Defendant Vahan Simidian II in the amount of $550,333.07.

(2)   This judgment is final, and Plaintiff may take all steps to enforce and/or execute on this judgment.  Plaintiff, however, shall not take any steps to enforce and/or execute on the Judgment until after November 2, 2022, except for filing a notice of judgment lien with the California Secretary of State and an abstract of judgment with the County of Orange.  In the event that Defendant engages in a sale of 2420 23rd St., Newport Beach, CA 92660 but fails to satisfy this judgment in full immediately upon such sale, the previous sentence's limitations on Plaintiff's right to enforce and/or execute on this judgment shall no longer apply.

(3)   Post-judgment interest on this judgment shall accrue pursuant to 28 U.S.C. § 1961.

(4)   The Parties have knowingly and forever waived any right to appeal this judgment.

IT IS SO ORDERED.

DATED:   January 11, 2022

_David O. Carter_
Hon. David O. Carter
United States District Judge

1